# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BENNIE V. WRIGHT III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-12-574-F |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On April 9, 2013, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation, recommending this court affirm defendant's final decision denying plaintiff's application for supplemental security income benefits.

Presently before the court is plaintiff's timely written objection to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court rejects plaintiff's arguments and concurs in the analysis and recommendation of Magistrate Judge Purcell. The court therefore accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of United States Magistrate Judge Gary M. Purcell issued on April 9, 2013 (doc. no. 20) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, denying plaintiff,

Bennie V. Wright III's application for supplemental security income benefits is **AFFIRMED**. Judgment shall issue forthwith.

    **IT IS SO ORDERED** this 15th day of May, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0574p002.wpd